"Exhibit 1"

| | NOTICE DATE |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | May 25, 2005 |

| CASE TYPE | | | INS A# |
|---|---|---|---|
| N400 Application For Naturalization | | | A 046 833 557 |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| WSC*001283712 | March 10, 2005 | March 10, 2005 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ATIF IDRIS AHMED
1945 DOOLITTLE DR G
SAN LEANDRO CA 94577

Please come to:
USINS OAKLAND CUSA
1301 CLAY ST
ROOM 380N
MAIN ROOM
OAKLAND CA 94612
On (Date): Wednesday, July 20, 2005
At (Time): 08:20 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE** keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
630 SANSOME ST
SAN FRANCISCO CA 94111-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



Form I-797C (Rev. 08/31/01) N

**"Exhibit 2"**

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: A6 833 557

On ___JUL 20 2005___, you were interviewed by USCIS officer ___Ouellet___

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the tests of U.S. history and government and the English language requirement was waived.
- [ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.
- [ ] You will be given another opportunity to be tested on your ability to ___ speak/ ___ read/ ___ write ___ English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- [ ] Please follow the instructions on Form N-14.
- [ ] USCIS will send you a written decision about your application.
- [ ] You did not pass the second and final test of your ___ English ability/ ___ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __/__ A decision cannot yet be made about your application. _pending name ck._

**It is very important that you:**

- [x] Notify USCIS if you change your address
- [x] Come to any scheduled interview.
- [x] Submit all requested documents.
- [x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#) and a copy of this paper.
- [x] Go to any Oath Ceremony that you are scheduled to attend.
- [x] Notify LSCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

**"Exhibit 3"**





**"Exhibit 4"**

## THE UNITED STATES OF AMERICA

| Fingerprint Notification | | NOTICE DATE<br>April 11, 2005 |
|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | | INS A#<br>A 046 833 557 |
| APPLICATION NUMBER<br>WSC*001283712 | RECEIVED DATE<br>March 10, 2005 | PRIORITY DATE<br>March 10, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ATIF IDRIS AHMED
1945 DOOLITTLE DR G
SAN LEANDRO CA 94577

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>INS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND CA 94612 | DATE AND TIME OF APPOINTMENT<br>05/04/2005<br>11:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.   APPLICANT COPY

APPLICATION NUMBER
WSC*001283712

**WARNING!**

Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 08/31/04) N

"Exhibit 5"

**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship and Immigration Services**

Thursday, December 8, 2005

ATIF I AHMED
1945 DOLITTLE DR
APT G
SAN LEANDRO CA 94577

Dear ATIF I AHMED:

On 12/07/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

**Caller indicated they are:** The applicant
**Attorney Name:** Information not available
**Case type:** N400
**Filing date:** 03/10/2005
**Receipt #:**
**Beneficiary (if you filed for someone else):** AHMED, ATIF, I
**Your USCIS Account Number (A-number):** A046833557
**Type of service requested:** Case Status - Outside Processing Time

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. CIS - 12-08-2005 12:22 PM EST