1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ATIF IDRIS AHMED,                          )
                                           ) No. C 07-5017 MMC
        Plaintiff,                         )
                                           )
    v.                                     )
                                           ) **STIPULATION TO DISMISS; AND**
PETER KEISLER, Acting Attorney General     ) **[PROPOSED] ORDER**
of the United States; MICHAEL CHERTOFF,    )
Secretary of the Department of Homeland    )
Security; EMILIO GONZALEZ, Director of     )
United States Citizenship and Immigration  )
Services; ROBERT S. MUELLER, III, Director )
of the Federal Bureau of Investigations;   )
CHRISTINA POULOS, Director of the          )
California Service Center, et al.,         )
                                           )
        Defendants.                        )
_____)

Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-5017 MMC                                          1

| | | |
|---|---|---|
| 1 | Date: October 22, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants


Date: October 22, 2007                          /s/
                                                SHAH PEERALLY
                                                Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
                                                MAXINE M. CHESNEY
                                                United States District Judge


Stipulation to Dismiss
C07-5017 MMC                                    2