1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 ATIF IDRIS AHMED,                           )
                                               )  No. C 07-5017 MMC
13              Plaintiff,                     )
                                               )
14         v.                                  )
                                               )  **STIPULATION TO DISMISS; AND**
15 PETER KEISLER, Acting Attorney General      )  **[PROPOSED] ORDER**
   of the United States; MICHAEL CHERTOFF,     )
16 Secretary of the Department of Homeland     )
   Security; EMILIO GONZALEZ, Director of      )
17 United States Citizenship and Immigration   )
   Services; ROBERT S. MUELLER, III, Director  )
18 of the Federal Bureau of Investigations;    )
   CHRISTINA POULOS, Director of the           )
19 California Service Center, et al.,          )
                                               )
20              Defendants.                    )
                                               )
21

22     Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26 within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-5017 MMC                             1

| | | |
|---|---|---|
| 1 | Date: October 22, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: October 22, 2007            SHAH PEERALLY
                                  Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   October 24, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C07-5017 MMC                               2